**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEBRA FARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:19-cv-07620 |
| v. | ) | |
| | ) | |
| COMCAST CORPORATION, | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Debra Farley ("Plaintiff") and Defendants Comcast Corporation and Comcast Cable Communications, LLC ("Defendants"), by and through their attorneys hereby stipulate to dismissal of the above-captioned case with prejudice as to Plaintiff and without prejudice as to any putative class member, pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own costs and attorneys' fees.

Dated: April 7, 2020

Debra Farley

By her attorney,

/s/ Bryan G. Lesser
Bryan G. Lesser
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
Tel.: (312) 739-4200
Email: blesser@edcombs.com

Comcast Corporation and
Comcast Cable Communications, LLC

By their attorney,

/s/ Michael W. McTigue Jr.
Michael W. McTigue Jr.
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Tel.: (215) 965-1265
Email: mmctigue@akingump.com

## <u>CERTIFICATE OF SERVICE</u>

   I, Bryan G. Lesser, hereby certify that on Tuesday, April 7, 2020, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.


                */s/Bryan G. Lesser*
                Bryan G. Lesser


Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Bryan G. Lesser
**EDELMAN, COMBS, LATTURNER**
   **& GOODWIN, LLC**
20 S. Clark Street, Suite1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com